IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EARL A. BRYANT, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. 5:12-CV-52 (MTT) |
| BANK OF AMERICA and MERRILL LYNCH WEALTH MANAGEMENT, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Compel Arbitration or, in the alternative, Motion to Proceed to Trial. (Doc. 13). In his Motion, the Plaintiff requests that the Court order arbitration at the Defendant's expense and to take place in Macon, Georgia. This Court previously granted the Defendant's Motion to Compel Arbitration pursuant to the mandatory arbitration provisions found in the Plaintiff's Money Manager Customer Agreement and Individual Retirement Account Application and stayed this action pending the completion of arbitration. (Doc. 9). The Court later denied the Plaintiff's Motion for Reconsideration regarding the matter. (Doc. 12). The Plaintiff must pursue arbitration in accordance with the terms of the arbitration agreement and may not do so through this Court. Accordingly, the Plaintiff's Motion to Compel Arbitration or Proceed to Trial is **DENIED**.

**SO ORDERED,** this 25th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT